Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 63958.—S. H. Kress & Co. v. United States, protests 240051–K, etc. (San Francisco).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 63959.—S. H. Kress Co. v. United States, protests 282025–K, etc. (Los Angeles).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 63960.—Max Eckardt & Sons, division of Thor Corporation, New York, N.Y. v. United States, protest 321242–K (Los Angeles).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the